# EXHIBIT A



David E. Irwin
Attorney at Law

October 13, 2011

**Delivered via facsimile to (954) 760-9531, 6 total pages**

Robert D. McIntosh, Esq.
McIntosh Scwartz, P.L.
888 SE 3rd Avenue, Suite 500
Fort Lauderdale, FL 33316-1159

      Re: **Request for payment**
           Our client:      Mendol USA, Inc
           Your client:     Joel Altman, M/Y Symphony II
           Our File #:      348-1

Dear Mr. McIntosh:

This letter is sent to you in your capacity as designated representative for Mr. Joel Altman and the motor yacht Symphony II. There are outstanding invoices for necessaries my client Mendol USA provided to the vessel. Please find invoices 2730 and 2731 enclosed. These invoices are long overdue for payment, and therefore we request immediate payment now.

Be advised that should we not hear from you with regard to making payment within twenty four (24) hours we will be forced to advise the world of our lien against the M/Y Symphony II, as well as consider our options under state and federal law. We look forward to hearing from you.

GOVERN YOURSELF ACCORDINGY.

    Very Truly Yours,
    IRWIN LAW FIRM

    David E. Irwin, Esquire

cc: Susan-Jane Cooper Oliveira

700 SE Third Avenue, Suite 300
Fort Lauderdale, Florida 33316
Phone 954-775-2301 Fax 954-775-2303
david@irwinlegal.com  www.irwinlegal.com

# Invoice

**Mendol USA Inc.**
3010 Ravenswood Road
Unit 2B
Dania Beach, Florida
33312

Phone # 954 321 9375   service@mendolusa.com
Fax # 954 583 8942   www.mendolusa.com

Symphony Marine LLC
1615 S Federal Hwy, Suite 300
Boca Raton, FL, 33432



| Date | Invoice # |
|---|---|
| 8/16/2011 | 2730 |

| 8/16/2011 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| DD DDE A5410550806 | Valve Bridge | 64 | 45.69 | 2,924.16T |
| DD E5360101320 | Cyl Head ASM | 32 | 753.87 | 24,123.84T |
| Core Charge | Core Charge for E5360101320 Cyl Head ASM 07/06/2011 | 32 | 279.45 | 8,942.40T |
| Core Return | Core return Symphony II (A) Apply against 1824144P | -32 | 279.45 | -8,942.40T |
| DD 23523822 | Fitting | 32 | 123.40 | 3,948.80T |
| DD 5410160920 | Head Gasket | 32 | 98.93 | 3,165.76T |
| DD 700429046001 | O-ring | 4 | 6.39 | 25.56T |
| DD DDE N00760300... | Seal ring | 120 | 0.44 | 52.80T |
| DD 700429013001 | O-Ring | 32 | 1.63 | 52.16T |
| DD DDE A54199706... | Seal ring | 32 | 3.74 | 119.68T |
| DD 5360780480 | Gasket | 16 | 4.30 | 68.80T |
| DD DDE A02399765... | Seal ring | 8 | 1.48 | 11.84T |
| DD 700429035000 | O-Ring | 4 | 1.78 | 7.12T |
| DD DDE A02399764... | O-Ring | 25 | 0.92 | 23.00T |
| DD DDE A02399765... | Seal ring | 4 | 1.48 | 5.92T |
| DD 700429115001 | O-ring | 32 | 12.67 | 405.44T |
| DD 700429084000 | O-Ring | 4 | 3.25 | 13.00T |
| DD 700429175000 | O-ring | 2 | 25.02 | 50.04T |
| DD 700429105000 | O-ring | 4 | 5.30 | 21.20T |
| DD 700429090003 | O-ring M90X6 | 4 | 18.20 | 72.80T |
| DD 700429036001 | O-Ring | 4 | 4.13 | 16.52T |
| DD 700429090005 | O-Ring | 4 | 10.53 | 42.12T |
| DD 4571410080 | Gasket | 32 | 8.02 | 256.64T |
| DD 5310160021 | Gasket | 32 | 6.11 | 195.52T |
| DD 5410160421 | V/C Gasket | 2 | 9.48 | 18.96T |
| DD X00046305 | optid silicon paste | 2 | 29.15 | 58.30T |
| DD 700429065092 | O-ring | 32 | 3.90 | 124.80T |
| DD 5410160121 | Rocker Gasket 2000 | 1 | 19.34 | 19.34T |
| DD 700336160007 | Rubber Sleeve | 4 | 181.43 | 725.72T |
| DD 0000982218 | Actuator | 1 | 579.76 | 579.76T |
| DD 700336160005 | Sleeve E | 2 | 91.69 | 183.38T |

Thank you for your business. It's been a pleasure working with you!

Terms: Net on reciept of invoice. Attorney's fees and court costs will be added if accounts are placed for collection. A service charge will be assessed on upaid balance that becomes past due according to terms of sale at maximum rate allowed by law. Please note that no parts or labor will be warrantied and no liability held if the above invoiced job has been tampered with by any other unauthorized technican without prior written approval by Mendol USA Inc. All claims to be made directly to the corporate office in writing for review. Standard Warranty ; 90 Days or 1000 hours which ever occurs first. All warranty claims must be returned to Mendol Usa Inc for warranty considerations.

| Subtotal | |
|---|---|
| Sales Tax (6.0%) | |
| Total | |
| Payments/Credits | |
| Balance Due | |

**Mendol USA Inc.**

3010 Ravenswood Road
Unit 2B
Dania Beach, Florida
33312

Phone # 954 321 9375    service@mendolusa.com
Fax # 954 583 8942    www.mendolusa.com

Symphony Marine LLC
1515 S Federal Hwy, Suite 300
Boca Raton, FL, 33432

# Invoice

| | |
|---|---|
| 8/16/2011 | 2730 |



| | 8/16/2011 |
|---|---|

| Item | Description | Qty | | Rate | Amount |
|---|---|---|---|---|---|
| DD 700336170002 | Sleeve E | 2 | | 129.73 | 259.46T |
| DD 007603014102 | Seal ring | 6 | | 1.33 | 7.98T |
| DD 700428032003 | O-Ring M32X4 | 2 | | 3.13 | 6.26T |
| DD 5360760480 | Gasket | 8 | | 4.30 | 34.40T |
| DD 5361420025 | Diffuser | 1 | | 70.98 | 70.98T |
| Inbound Freight | Inbound Freight | 1 | | 30.00 | 30.00T |
| Low 16-200-0344 | 3/4" Exh water hose w/out wire | 2 | | 6.40 | 12.80T |
| lew 16-200-1124 | 1-1/2 Exh/water hose W/O WI | 1 | | 10.20 | 10.20T |
| Lew 5WR3A2121441A | 2-1/8" blue sil cool | 2 | | 21.50 | 43.00T |
| Lew 5WR3A1501441 | 1.5" blue sil cool ho | 1 | | 17.50 | 17.50T |
| BB m961200050-10 | M20 x 1.50 x 50 Hex Cap 10.9 | 3 | | 5.24 | 15.72T |
| BB m91210c0035 | Socket Cap M10-1.50 X 35 | 70 | | 0.50 | 35.00T |
| Hyd A-113 | O-ring OD 3/4" W 3/32" | 23 | | 0.33 | 7.59T |
| ED 0432191543 | Parts and Labor to recondition with new nozzles. 16 Bosch injector Assy., Mod # 0432191543 | 16 | | 188.50 | 3,016.00T |
| ED 0432191543 | Rebuilt - Exchange 16 Bosch Injector Assy | 16 | | 162.50 | 2,600.00T |
| ED Shop Materials | Shop supplies and hazardous material | 1 | | 44.20 | 44.20T |
| ED 2430105049 | Gasket | 10 | | 2.91 | 29.10T |
| NMS 134052 | Shell 50012 Triple Protection Rotella T 15W40 Oil 5Gal pail | 14 | | 89.64 | 1,254.96T |
| Brake Clean | Brake Clean | 25 | ea | 4.54 | 113.50T |
| Shop Towel | Blue Shop Towel | 17 | ea | 3.89 | 66.13T |
| FM PO-001 | 3M oil Absorbent Pad | 20 | | 0.7403 | 14.81T |
| 0007 | 17043 Gasket marker 1, 16073 PTEF lubricant 1, 17015 Lube anti-seize 1, 16076 Grease GP white 1, 16032 Thread locker 2 1, 14307 WD 40 12oz 1, 14608 Mini shop roll 1, 15641 Misc. Fastners 2, 15641 Misc. Fastners, 16240Hobby paint marker, 17345 Hobby Paint marker, 13946 Couple hose 5/8 & 3, , 14265 Oil Motor 30WA,14307 WD 40 12oz., 14507 Mini shop roll, 15720 Sanding/buffing, 15641 Misc fastners, 15641 Misc fastners, 18043 Drill bits, 18043 Drill bits, 15641 Misc. Fastners, 15641 Misc. Fastners, 15641 Misc. Fastners, 15641 Misc. Fastners, 5361420115 Flange exh | 1 | | 273.14 | 273.14T |
| | Sub-total | | | | 45,276.73 |

Thank you for your business. It's been a pleasure working with you!

Terms: Net on reciept of Invoice. Attorney's fees and court costs will be added if accounts are placed for collection. A service charge will be assessed on unpaid balance that becomes past due according to terms of sale at maximum rate allowed by law. Please note that no parts or labor will be warrantied and no liability held if the above invoiced job has been tampered with by any other unauthorized technicen without prior written approval by Mendol USA Inc. All claims to be made directly to the corporate office in writing for review. Standard Warranty : 90 Days or 1000 hours which ever occurs first. All warranty claims must be returned to Mendol Usa Inc for warranty considerations.

| | |
|---|---|
| Subtotal | |
| Sales Tax (6.0%) | |
| Total | |
| Payments/Credits | |
| Balance Due | |

**Mendol USA Inc.**

3010 Ravenswood Road
Unit 2B
Dania Beach, Florida
33312

| Phone # | 954 321 9375 | service@mendolusa.com |
|---|---|---|
| Fax # | 954 583 8942 | www.mendolusa.com |

Symphony Marine LLC
1515 S Federal Hwy, Suite 300
Boca Raton, FL, 33432

# Invoice

| Date | Invoice # |
|---|---|
| 8/16/2011 | 2730 |



| | 8/16/2011 |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 0001 | Hourly Rate | | 261 | 90.00 | 23,490.00T |
| 0003 | Labor technician | | 41 | 35.00 | 1,435.00T |

Thank you for your business. It's been a pleasure working with you!

Terms: Net on reciept of invoice. Attorney's fees and court costs will be added if accounts are placed for collection. A service charge will be assessed on unpaid balance that becomes past due according to terms of sale at maximum rate allowed by law. Please note that no parts or labor will be warrantied and no liability held if the above invoiced job has been tampered with by any other unauthorized technican without prior written approval by Mendol USA Inc. All claims to be made directly to the corporate office in writing for review. Standard Warranty : 90 Days or 1000 hours which ever occurs first. All warranty claims must be returned to Mendol Usa Inc for warranty considerations.

| | |
|---|---|
| Subtotal | $70,200.73 |
| Sales Tax (6.0%) | $4,212.04 |
| Total | $74,412.77 |
| Payments/Credits | $-41,144.79 |
| Balance Due | $33,267.98 |

**Mendol USA Inc.**

3010 Ravenswood Road
Unit 2B
Dania Beach, Florida
33312

Phone # 954 321 9375  service@mendolusa.com
Fax # 954 583 8942  www.mendolusa.com

Symphony Marine LLC
1515 S Federal Hwy, Suite 300
Boca Raton, FL, 33432

# Invoice

| Date | Invoice # |
|---|---|
| 8/16/2011 | 2731 |



| | 8/16/2011 |
|---|---|

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Inbound Freight | Inbound Freight | 1 | 30.00 | 30.00T |
| DD 007603014102 | Seal ring | 20 | 1.33 | 26.60T |
| DD 700429038001 | O-ring | 1 | 2.11 | 2.11T |
| DD 700429115001 | O-Ring | 8 | 14.05 | 112.40T |
| DD 700429084000 | O-Ring | 1 | 3.25 | 3.25T |
| DD 700429035000 | O-Ring | 1 | 1.78 | 1.78T |
| DD 700429032003 | O-Ring M32X4 | 1 | 3.13 | 3.13T |
| DD 5361870280 | Gasket | 1 | 3.10 | 3.10T |
| DD DDE A90601702... | Sealing Ring | 1 | 6.42 | 6.42T |
| DD DDE A54199705... | Seal ring | 1 | 2.12 | 2.12T |
| DD 5369970445 | Seal | 1 | 7.41 | 7.41T |
| DD 700429046001 | O-ring | 1 | 6.39 | 6.39T |
| DD 5410160920 | Head Gasket | 1 | 98.93 | 98.93T |
| DD 23528393 | Bearing set std | 1 | 85.08 | 85.08T |
| DD 5360140522 | Pan gasket | 1 | 99.72 | 99.72T |
| DD 5241600110 | Oil Filter | 2 | 28.52 | 57.04T |
| DD 23530007 | Piston ASM | 1 | 261.69 | 261.69T |
| DD 23528010 | Ring set | 1 | 120.16 | 120.16T |
| DD 23524257 | Liner kit | 1 | 217.21 | 217.21T |
| DD DDE N00760300... | Seal ring | 4 | 0.44 | 1.76T |
| DD 700429115001 | O-Ring | 8 | 14.05 | 112.40T |
| DD 700429084000 | O-Ring | 1 | 3.25 | 3.25T |
| DD 700429035000 | O-Ring | 2 | 1.78 | 3.56T |
| DD DDE A90601702... | Sealing Ring | 10 | 6.42 | 64.20T |
| DD DDE A54199705... | Seal ring | 16 | 2.12 | 33.92T |
| DD DDE A54199705... | Seal ring | 16 | 3.74 | 59.84T |
| DD 5410160920 | Head Gasket | 1 | 98.93 | 98.93T |
| DD 700429115001 | O-Ring | 8 | 14.05 | 112.40T |
| DD 700429046001 | O-ring | 1 | 6.39 | 6.39T |
| DD X00048305 | optid silicon paste | 1 | 29.15 | 29.15T |
| NMS 134052 | Shell 50012 Triple Protection Rotella T 15W40 Oil 5Gal pail | 9 | 89.64 | 806.76T |

Thank you for your business. It's been a pleasure working with you!

Terms: Net on reciept of invoice. Attorney's fees and court costs will be added if accounts are placed for collection. A service charge will be assessed on unpaid balance that becomes past due according to terms of sale at maximum rate allowed by law. Please note that no parts or labor will be warrantied and no liability held if the above invoiced job has been tampered with by any other unauthorized technician without prior written approval by Mendol USA Inc. All claims to be made directly to the corporate office in writting for review. Standard Warranty : 90 Days or 1000 hours which ever occurs first. All warranty claims must be returned to Mendol Usa Inc for warranty considerations.

| | |
|---|---|
| Subtotal | |
| Sales Tax (6.0%) | |
| Total | |
| Payments/Credits | |
| Balance Due | |

# Invoice

**Mendol USA Inc.**
3010 Ravenswood Road
Unit 2B
Dania Beach, Florida
33312

Phone # 954 321 9375    service@mendolusa.com
Fax # 954 583 8942    www.mendolusa.com

Symphony Marine LLC
1515 S Federal Hwy, Suite 300
Boca Raton, FL, 33432

| Date | Invoice # |
|---|---|
| 8/16/2011 | 2731 |



8/16/2011

| Item | Description | Qty | U/M | Rate | Amount |
|---|---|---|---|---|---|
| DD 705057013000 | Seal ring | 6 | | 0.60 | 3.60T |
| DD 5310160021 | Gasket | 1 | | 6.11 | 6.11T |
| DD E5360101320 | Cyl Head ASM | 1 | | 753.87 | 753.87T |
| Core Charge | Core charge for Cyl Head Asm on 07/26/2011 | 1 | | 279.45 | 279.45T |
| Core Return | Core Return for 53600101320 Symphony II 07/27/2011 | -1 | | 279.45 | -279.45T |
| Brake Clean | Brake Clean | 20 | ea | 4.54 | 90.80T |
| Shop Towel | Blue Shop Towel | 17 | ea | 3.89 | 66.13T |
| | Sub-total | | | | 3,387.63 |
| 1000 | Hourly overtime | 61.5 | | 135.00 | 8,302.50T |
| 0001 | Hourly Rate | 66 | | 90.00 | 5,940.00T |
| 0003 | Labor technician | 8.5 | | 45.00 | 382.50T |
| ** | Job Description: Replace damaged piston on starboard main engine | | | 0.00 | 0.00T |

Thank you for your business. It's been a pleasure working with you!

Terms: Net on reciept of invoice. Attorney's fees and court costs will be added if accounts are placed for collection. A service charge will be assessed on upaid balance that becomes past due according to terms of sale at maximum rate allowed by law. Please note that no parts or labor will be warrantied and no liability held if the above invoiced job has been tampered with by any other unauthorized technican without prior written approval by Mendol USA Inc. All claims to be made directly to the corporate office in writing for review. Standard Warranty ; 90 Days or 1000 hours which ever occurs first. All warranty claims must be returned to Mendol Usa Inc for warranty considerations.

| | |
|---|---|
| Subtotal | $18,022.63 |
| Sales Tax (6.0%) | $1,081.36 |
| Total | $19,103.99 |
| Payments/Credits | $0.00 |
| Balance Due | $19,103.99 |